**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHUAIB A. HAJI MOHAMED, | : | CASE NO. 1:19CV709 |
| | : | |
| Petitioner, | : | JUDGE CARR |
| | : | |
| v. | : | MAGISTRATE JUDGE GREENBERG |
| | : | |
| WARDEN, TIM BUCHANAN, | : | |
| | : | |
| Respondent. | : | |

## RESPONDENT'S MOTION FOR EXTENSION OF TIME

Petitioner Shuaib A. Haji Mohamed pro se has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. Respondent through counsel seeks a three-day extension of time, until April 7, 2022, to respond to Petitioner's motion for reconsideration. Fed. R. Civ. P. 6(b). The reasons are stated with more particularity in the attached memorandum.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

s\Mary Anne Reese
MARY ANNE REESE (0044029)
Assistant Attorney General
Criminal Justice Section
441 Vine Street, Suite 1700
Cincinnati, OH 45202
Phone: (513) 852-1525
Fax: (866) 769-6887
maryanne.reese@ohioattorneygeneral.gov
Counsel for Respondent

**MEMORANDUM**

Petitioner Shuaib A. Haji Mohamed pro se has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. He is serving a fifteen-year sentence for kidnapping and attempted rape, inter alia. He has alleged five grounds, one of which contains multiple subclaims. Mohamed moved to alter or amend his complaint on 2/18/22. Pursuant to this Court's Orders of 3/8/22 and 3/5/22, Respondent's has been ordered to respond by today.

Respondent seks an additional three days until April 7, 2022, to respond to Petitioner's motion. Respondent's counsel spent much of last week out of the office dur to illness. Further, counsel desires to conduct further research in order to develop a comprehensive response.

Wherefore, Respondent moves for a three-day extension of time until April 7, 2022, to respond to Petitioner's motion in the instant case.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

s\Mary Anne Reese
MARY ANNE REESE (0044029)
Assistant Attorney General
Criminal Justice Section
441 Vine Street, Suite 1700
Cincinnati, OH 45202
Phone: (513) 852-1525
Fax: (866) 769-6887
maryanne.reese@ohioattorneygeneral.gov
Counsel for Respondent

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, a copy of the foregoing *Respondent's Motion for Extension of Time* was filed electronically and sent to Petitioner Shuaib A. Haji Mohamed, #662-683, Noble Correctional Institution, 15708 McConnelsville Road, Caldwell, Ohio 43724, via first class U.S. mail, postage prepaid.

s\Mary Anne Reese
MARY ANNE REESE (0044029)
Assistant Attorney General